No. 518. DUNCAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. December 6, 1937. Petition for writ

of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Israel T. Deyo* and *Martin W. Deyo* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent. ▮